UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Christopher Beushausen,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.:1:20-cv-2368-JRS-MJD |
| | ) |
| **Caine & Weiner Company, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

  /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2020 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

CT Corporation System
Registered Agent for Caine & Weiner Company, Inc.
334 N. Senate Avenue
Indianapolis, IN 46204

                      Respectfully Submitted,

                      /s/John T. Steinkamp
                      John T. Steinkamp
                      John Steinkamp & Associates
                      5214 S. East Street, Suite D1
                      Indianapolis, IN46227
                      (317) 780-8300
                      (317) 217-1320 fax
                      john@johnsteinkampandassociates.com