UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Christopher Beushausen,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No.:1:20-cv-2368-JRS-MJD |
| | ) |
| **Caine & Weiner Company, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Amended Motion to Dismiss with Prejudice [ECF No. 8] filed by the Plaintiff in this cause, this cause is hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause. Plaintiff's Motion to Dismiss [ECF No. 7] is DENIED AS MOOT.

SO ORDERED.

Date: 9/25/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.